**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Isidoro Sanchez,<br><br>  Petitioner,<br><br>v.<br><br>Attorney General of the State of Arizona and David Shinn,<br><br>  Respondents. | No. CV-17-00224-TUC-RM<br><br>**ORDER** |

Pending before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 112.)  Petitioner requests a Certificate of Appealability ("COA") from this Court's October 21, 2021 Order (Doc. 111) denying Petitioner's Motion to Convert the Conditional Writ to an Unconditional Writ (Doc. 108).  Respondents have not responded to the Motion, and the time for doing so has expired.

The Court may issue a COA "if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Under this standard, a habeas petitioner who was denied relief on the merits of his constitutional claims "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  A petitioner denied habeas relief on procedural grounds must demonstrate "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Id.*

Upon review of the record and the Court's October 21, 2021 Order, the Court finds that issuance of a COA is appropriate.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Certificate of Appealability (Doc. 112) is **granted**. A Certificate of Appealability is issued with respect to the Court's October 21, 2021 Order (Doc. 111) denying Petitioner's Motion to Convert the Conditional Writ to an Unconditional Writ. This case shall remain closed.

Dated this 6th day of December, 2021.

_____
Honorable Rosemary Márquez
United States District Judge